IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKRAM S CHAUDHRY,

    Plaintiff,

v.

CAPTAIN MARK CHANDLESS,

    Defendant.

No. C07-02256 MJJ

**ORDER TO SHOW CAUSE**

Petitioner Akram Sabar Chaudhry ("Petitioner") has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks habeas corpus relief relating to his request for an individualized custody redetermination hearing.

For good cause shown, it is hereby ordered that:

1. The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondents. The Clerk shall also serve a copy of this Order on Petitioner.

2. Respondents shall file and serve within sixty (60) days of the issuance of this Order, an answer showing cause why a writ of habeas corpus should not issue.

3. If Petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: 4/27/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE