```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Respondents
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AKRAM SABAR CHAUDHRY, ) | No. C 07-2256 MJJ |
| Petitioner, ) | |
| v. ) | STIPULATION OF DISMISSAL; and [PROPOSED] ORDER |
| CAPTAIN MARK CHANDLESS, Jail Division Commander, Yuba County Jail; NANCY ALCANTAR, Field Office Director, U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO R. GONZALES, U.S. Attorney General, ) ) ) ) ) ) ) ) | |
| Respondents. ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-entitled proceeding because, on May 18, 2007, the Department of Homeland Security released the petitioner on bond, rendering the petition moot.

Accordingly, the parties respectfully request that the Court vacate the May 1, 2007 Order to Show Cause and dismiss the petition. The parties will bear their own costs.

Stip. to Dismiss
C07-2256 MJJ

| | | |
|---|---|---|
| 1 | Dated: May 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | |
| 7 | Dated: May 22, 2007 | _____/s/_____ |
| 8 | | MARTIN R. GUAJARDO<br>Attorney for Petitioner |

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT this case is dismissed. Each party shall bear its own costs.

Dated: _____
MARTIN J. JENKINS
United States District Judge

Stip. to Dismiss
C07-2256 MJJ